IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ONE HYDROTHERAPY MASSAGE TABLE; ONE VITAERIS 320 HYPERBARIC CHAMBER; ONE SPECTRACOLOR SPA SYSTEM; AND ONE THERMAL IMAGING UNIT LOCATED AT WHOLE SELF SOLUTIONS, 110 MAIN ST., EAST GREENWICH, RI ) | MISC. NO. 1:05M 69M |

[UNDER SEAL]

**MOTION TO SEAL**

Now comes the United States of America, by and through its attorneys, and moves that the accompanying documents be sealed until DLM ~~further order of the Court~~. June 6, 2005. DLM

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

SO ORDERED:

DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE

DATE: 4-22-05

1/2