AO 109 (2/90) Seizure Warrant

# United States District Court

DISTRICT OF RHODE ISLAND

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

One Hydrotherapy Massage Table manufactured by Sidmar Manufacturing, Princeton, Minnesota; serial number 038-14260; One Vitaeris 320 Hyperbaric Chamber manufactured by Vita 02 Inc., Dawsonville, Georgia; One SpectraColor Spa System manufactured by Sybartic, Inc.; and One Thermal Imaging Unit manufactured by Teletherm Inc. located at Whole Self Solutions, 110 Main St., East Greenwich, RI

## SEIZURE WARRANT

CASE NUMBER: 1:05M69M

TO: Any Special Agent of the Food and Drug Administration and any Authorized Officer of the United States

Affidavit(s) having been made before me by Jason A. Simonian, Special Agent (Affiant) who has reason to believe that in the ______ District of Rhode Island there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

One Hydrotherapy Massage Table manufactured by Sidmar Manufacturing, Inc., Princeton, Minnesota, serial number 038-14260; One Vitaeris 320 Hyperbaric Chamber manufactured by Vita 02 Inc., Dawsonville, Georgia; One SpectraColor Spa System manufactured by Sybartic, ; and One Thermal Imaging Unit manufactured by Teletherm Inc.

I am satisfied that the affidavit(s) and any record testimony established probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime – 6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to David L. Martin, United States Magistrate Judge (U.S. Judge or Magistrate) as required by law.

Attest to True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

April 22, 2005 at Providence, Rhode Island
Date and Time Issued — City and State

David L. Martin, U.S. Magistrate Judge
Name and Title of Judicial Officer

[signature: David L. Martin]
Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

5

1. One Hydrotherapy Massage Table manufactured by Sidmar Manufacturing, Princeton, Minnesota; serial number 038-14260
2. One Vitaeris 320 Hyperbaric Chamber manufactured by Vita 02 Inc., Dawsonville, Georgia.
3. One Spectra Color Spa Syatem manufactured by Sybartic Inc.
4. One Thermal Imaging Unit manufactured by Teletherm Inc.